Application GRANTED IN PART. Defendants shall answer, move or otherwise respond to the Complaint by **May 21, 2020**.

Defendants' application to adjourn the initial pretrial conference, scheduled for April 16, 2020, is DENIED. The Court does not ordinarily adjourn initial conferences pending an answer.

Dated: April 6, 2020
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

BY ECF
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York Legal Assistance Group v. DeVos, et al.,* No. 20 Civ. 1414 (LGS)

Dear Judge Schofield:

This Office represents Defendants in the above-referenced action. An initial pre-trial conference is scheduled for April 16, 2020 at 10:40 a.m., and the Government's deadline to respond to the Complaint is April 21, 2020.

With Plaintiff's consent, I write to respectfully request that the Government be granted a 30-day extension of time to respond to the Complaint, until May 21, 2020. The extension is sought to allow the Government additional time to obtain and review records that are necessary for the preparation of a response to the complaint. For the same reason, the Government respectfully requests that the initial conference be adjourned for 30 days until May 15, 2020, or a date thereafter convenient to the Court. This is the first request for an extension of the Government's time to respond to the Complaint, and the first request for an adjournment of the initial pre-trial conference.

I thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: 

Jennifer C. Simon
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2746