

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, NY 10007*

June 10, 2020

By ECF and Federal Express
Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York Legal Assistance Group v. DeVos, et al.,* No. 20 Civ. 1414 (LGS)

Dear Judge Schofield:

This Office represents Defendants in the above-referenced action. We are enclosing with a copy of this letter, sent via Federal Express, a CD-ROM which contains the administrative record, as produced to Plaintiff on June 9, 2020. Defendants' certification of the records and an index of all of the Bates-numbered pages included in the production are being filed as exhibits to this letter, and are also included on the CD-ROM.

In light of the volume of material contained on this CD-ROM (over 8,000 pages and over 350 megabytes), the administrative record that will accompany the Government's motion will be voluminous, and it will therefore not be practicable to file the record either on ECF or in hard copy with the Clerk of the Court. Defendants respectfully request that the Court endorse this letter granting Defendants leave to file these records with the Clerk of the Court via CD-ROM. Plaintiff consents to this request.

I thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Jennifer C. Simon
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2746

Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **NEW YORK LEGAL ASSISTANCE GROUP,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 20 Civ. 1414** |
| **-v-** | ) | |
| | ) | **ADMINISTRATIVE RECORD** |
| | ) | **INDEX** |
| **ELISABETH DeVOS, in her official capacity** | ) | |
| **as Secretary of Education,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **EDUCATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**Department of Education**
34 C.F.R. Parts 668, 682 and 685
*Student Assistance General Provisions, Federal Family Education Loan Program and*
*William D. Ford Federal Direct Loan Program*
Docket ID ED–2018–OPE–0027, September 23, 2019

34 C.F.R. Parts 668, 682, 685
*Negotiated Rulemaking Committees;*
*Negotiator Nominations and Schedule*
*of Committee Meetings—Borrower*
*Defenses, Financial Responsibility,*
*and Gainful Employment*
Docket ID ED–2017–OPE–0076, August 30, 2017

**ADMINISTRATIVE RECORD INDEX**

**SECTION A – BORROWER DEFENSE:  2019 FINAL RULE**

Borrower Defense: Final Rule, Sept. 23, 2019 .................................................. AR-A-0000001

OMB Meetings on Borrower Defense, Aug. 14-Aug. 27, 2019 ........................ AR-A-0000147

August 14, 2019 – 4:00 p.m. ........................................................................ AR-A-0000147

August 22, 2019 – 1:00 p.m. ....................................................................... AR-A-0000148

August 27, 2019 – 10:30 a.m., with Attachments........................................ AR-A-000149

    Attachment:  Murray ACSD Data with TCF Analysis –
    Excel Spreadsheet ................................................................... AR-A-000150

    Attachment:  Exhibit 5 from *Education Corporation of
    America* litigation.................................................................... AR-A-0000158

    Attachment:  Murray Supp. p1 Borrowers and
    Outstanding Loan Vol. Eligible for Closed School
    Discharge .............................................................................. AR-A-0000174

    Murray pp. 43, 65 Borrower Defense and Transfer
    School Groups........................................................................ AR-A-0000175

    The Century Foundation Commentary, *New Data
    Supports Rejection of DeVos Arbitration Regulations*
    (Nov. 9, 2018) ....................................................................... AR-A-0000177

    The Century Foundation Commentary, *For-Profit
    Colleges Continue to Generate Most Loan Relief
    Claims* (June 25, 2019) ......................................................... AR-A-0000182

Information Collection Approved, OMB Control No. 1845-
0004, Sept. 30, 2019 ........................................................................ AR-A-0000190

Information Collection Approved, OMB Control No. 1845-
0020, Sept. 23, 2019 ........................................................................ AR-A-0000192

Information Collection Approved, OMB Control No. 1845-
0021, Sept. 30, 2019 ........................................................................ AR-A-0000194

Information Collection Approved, OMB Control No. 1845-
0022, Sept. 30, 2019 ........................................................................ AR-A-0000196

Information Collection Approved, OMB Control No. 1845-
0143, Feb. 12, 2020.......................................................................... AR-A-0000198

Borrower Defense Final Regulations Press Release, Aug. 30,
2019................................................................................................. AR-A-0000200

Borrower Defense Rulemaking Web Page,
https://www2.ed.gov/policy/highered/reg/hearulemaking/2017/
borrowerdefense.html ....................................................................... AR-A-0000202

## SECTION B – BORROWER DEFENSE:  NOTICE OF PROPOSED RULEMAKING

Borrower Defense: Notice of Proposed Rulemaking (NPRM),
July 31, 2018 ................................................................................ AR-B-0000001

OMB Meetings on Borrower Defense, May 15 – June 8, 2018 ....................... AR-B-0000090

    May 15, 2018 – 10:00 a.m. ............................................................... AR-B-0000090

    May 16, 2018 – 4:00 p.m. ................................................................. AR-B-0000091

    May 17, 2018 – 9:30 a.m. ................................................................. AR-B-0000092

    May 25, 2018 – 2:00 p.m. ................................................................. AR-B-0000093

    May 30, 2018 – 11:30 a.m. ............................................................... AR-B-0000094

    May 30, 2018 – 3:30 p.m. ................................................................. AR-B-0000095

    May 31, 2018 – 11:00 a.m. ............................................................... AR-B-0000096

    June 5, 2018 – 10:00 a.m., with attachment .................................... AR-B-0000097

        Attachment:  Center for Responsible Learning,
        Memo (Dec. 8, 2017) ................................................................... AR-B-0000098

    June 7, 2018 – 2:00 p.m. ................................................................... AR-B-0000106

    June 8, 2018 – 11:00 a.m. ................................................................. AR-B-0000107

## SECTION C – BORROWER DEFENSE:  NOTICE OF ESTABLISHMENT OF NEGOTIATED RULEMAKING

Notice of Intent to Establish Rulemaking Committee and
Public Hearings, June 16, 2017 .......................................................... AR-C-0000001

Public Hearing, Washington, D.C, July 10, 2017, list of
presenters ........................................................................................ AR-C-0000003

Public Hearing, Washington, D.C, July 10, 2017, transcript ............................ AR-C-0000006

Public Hearing, Dallas, TX, July 12, 2017, list of presenters ........................... AR-C-0000275

Public Hearing, Dallas, TX, July 12, 2017, transcript ...................................... AR-C-0000277

Announcement of Negotiator Constituencies and Sessions,
Aug. 30, 2017 ................................................................................... AR-C-0000402

## SECTION D – BORROWER DEFENSE:  NEGOTIATED RULEMAKING SESSION 1, NOVEMBER 13-15, 2017

List of Negotiators ........................................................................... AR-D-0000001

Borrower Defense, Organizational Protocols ..................................... AR-D-0000005

Agenda ............................................................................................ AR-D-0000010

Transcript, Nov. 14, 2017 Session ..................................................... AR-D-0000011

Transcript, Nov. 15, 2017 Session ..................................................... AR-D-0000406

Session 1, Meeting Summary ............................................................. AR-D-0000727

Pre-Session 1, Materials from the Department .................................. AR-D-0000732

Session 1, Materials from Non-Federal Negotiators........................... AR-D-0000747

    Written Comment:   Distance Education Accrediting Commission ................................................................... AR-D-0000747

    State Attorneys General and Federal Agency Settlements with Schools.................................................................... AR-D-0000752

    Comments on Issue Papers ........................................................ AR-D-0000754

    AACOM Comments on Notice of Intent to Establish Negotiated Rulemaking Committees ...................................... AR-D-0000764

    Rocky Vista Univ. Comments on Notice of Intent to Establish Negotiated Rulemaking Committee ............................ AR-D-0000767

    ITT Letter regarding Complaint................................................. AR-D-0000775

    Section on Recruiting from 2012 Senate HELP Report on For-Profit Schools ..................................................................... AR-D-0000778

## SECTION E – BORROWER DEFENSE:  NEGOTIATED RULEMAKING SESSION 2, JANUARY 8-11, 2018

Borrower Defense: Session 2, Agenda, Jan. 8-11, 2018.....................AR-E-0000001

Transcript, Jan. 8, 2018 ...................................................................AR-E-0000002

Transcript, Jan. 9, 2018 ...................................................................AR-E-0000195

Transcript, Jan. 10, 2018 .................................................................AR-E-0000384

Transcript, Jan. 11, 2018 .................................................................AR-E-0000577

Session 2, Meeting Summary .............................................................................AR-E-0000783

Pre-Session 2, Materials from the Department ................................................AR-E-0000786

    Issue Paper No. 1 .......................................................................... AR-D-0000786

    Issue Paper No. 2 .......................................................................... AR-D-0000792

    Issue Paper No. 3 .......................................................................... AR-D-0000798

    Issue Paper No. 4 .......................................................................... AR-D-0000808

    Issue Paper No. 5 .......................................................................... AR-D-0000817

    Issue Paper No. 6 .......................................................................... AR-D-0000821

    Issue Paper No. 7 .......................................................................... AR-D-0000823

    Issue Paper No. 8 .......................................................................... AR-D-0000826

Pre-Session 2, Materials from Non-Federal Negotiators ...................................AR-E-0000828

    Email from Suzanne Martindale (Consumers Union) to
    Barbara Hoblitzell (Dec. 8, 2017) with attachments....................................AR-E-0000828

    Email from Abby Shafroth (NCLC) to
    Barbara Hoblitzell (Dec. 8, 2017) with attachments......................................AR-E-000843

Session 2, Materials from the Department...........................................................AR-E-0000879

    Remarks of James F. Manning, Jan. 8, 2018 ................................................AR-E-0000879

    Report from Subcommittee......................................................................AR-E-0000884

    Borrower Defense Claims:  Data Analysis, Nov. 2017 ...............................AR-E-0000901

    BD Data Sheets A-F..............................................................................AR-E-0000907

    Department of Justice Brief in *Epic Systems Corp. v. Lewis* .......................AR-E-0000916

Session 2, Materials from Non-Federal Negotiators..........................................AR-E-0000970

    Attestation for Certain Heald College Students
    submitted by Chris DeLuca ....................................................................AR-E-0000970

    Proposed Language submitted by Alyssa Dobson.......................................AR-E-0000976

    Article II Early Complaint Resolution and Rapid
    Resolution Process submitted by Chris DeLuca...........................................AR-E-0000977

    Issue Paper No. 2 revisions submitted by Chris DeLuca.............................AR-E-0000980

    Issue Paper 1 comments submitted by students, *et al.* .................................AR-E-0000988

Email from Linda Rawles to Barbara Hoblitzell
submitting proposed SEC language ............................................................AR-E-0000992

Issue Paper No. 7 comments submitted by Jaye O'Connell ........................AR-E-0000993

## SECTION F – BORROWER DEFENSE:  NEGOTIATED RULEMAKING SESSION 3, FEBRUARY 12-15, 2018

Borrower Defense: Session 3, Agenda ............................................. AR-F-0000001

Transcript, Feb. 12, 2018 ............................................................... AR-F-0000002

Transcript, Feb. 13, 2018 ............................................................... AR-F-0000335

Transcript, Feb. 14, 2018 ............................................................... AR-F-0000630

Transcript, Feb. 15, 2018 ............................................................... AR-F-0000893

Session 3, Meeting Summary ......................................................... AR-F-0001153

Pre-Session 3, Materials from the Department ............................... AR-F-0001155

Issue Paper No. 1 – Federal Standard ..................................... AR-F-0001155

Issue Paper No. 2 – Process ..................................................... AR-F-0001162

Appendix A – Proprietary Schools .......................................... AR-F-0001171

Appendix B – Examples ............................................................ AR-F-0001173

Appendix B – Nonprofit Schools.............................................. AR-F-0001176

Issue Paper No. 3 – Financial Responsibility and
Administrative.......................................................................... AR-F-0001178

Issue Paper No. 4 – Pre-dispute Arbitration Agreements,
Class Action Waivers, and Internal Dispute Processes ............... AR-F-0001188

Issue Paper No. 5 – Closed School Discharge ............................. AR-F-0001198

Issue Paper No. 6 – False Certification......................................... AR-F-0001203

Issue Paper No. 7 – Guaranty Agency Collection Fees ................ AR-F-0001205

Issue Paper No. 8 - Subsidized Usage Period Recalculation ........ AR-F-0001207

Session 3, Materials from the Department......................................... AR-F-0001209

Issue Paper No. 1 Final Draft, clean ........................................ AR-F-0001209

Issue Paper No. 1 Final Draft, redlined.................................... AR-F-0001214

Issue Paper No. 2 Final Draft, clean ........................................ AR-F-0001220

Issue Paper No. 2 Final Draft, redlined.................................... AR-F-0001228

Session 3, Materials from Non-Federal Negotiators -
List of Concerns ................................................................................ AR-F-0001236

Session 3, Materials from the Department -
VCR Language ................................................................................. AR-F-0001237

## SECTION G - BORROWER DEFENSE:  DOCUMENTS CITED IN FINAL RULE OR NPRM

### <u>Cases</u>:

*American Commercial Colleges, Inc. v. Davis*, 821 S.W.2d 450
(Tex. App. Eastland 1991) .......................................................... AR-G-0000001

*AT&T Mobility LLC v. Concepcion*, 563 U.S. 333 (2011) ......................... AR-G-0000006

*Bauer v. DeVos*, 17-cv-1330 (Complaint, July 6, 2017)............................. AR-G-0000022

*Bauer v. DeVos*, 17-cv-1330
(Memo. Opinion and Order, Sept. 12, 2018) .............................. AR-G-0000041

*Bauer v. DeVos*, 17-cv-1330
(Memo. Opinion and Order, Sept. 17, 2018) .............................. AR-G-0000098

*Bauer v. DeVos*, 17-cv-1330 (Minute Order, Oct. 2, 2018)........................ AR-G-0000106

*Bible v. United Student Aid Funds, Inc.*, 799 F.3d. 633 (7th Cir. 2015)...... AR-G-0000108

*Bradford v. George Washington University*, 249 F.Supp. 3d 325
(D.D.C. 2017) ............................................................................ AR-G-0000138

*California Ass'n of Private Postsecondary Schools v. DeVos*,
17-cv-00999 (Complaint, May 24, 2017) .................................... AR-G-0000146

*California Ass'n of Private Postsecondary Schools v. DeVos*,
17-cv-00999 (Memo. Opinion and Order, Oct. 16, 2018)........................... AR-G-0000222

*Chow v. Aegis Mortgage Corporation*, 185 F.Supp. 914 (N.D.Ill 2002) .... AR-G-0000259

*City of St. Joseph, Mo. v. Southwestern Bell Telephone*,
439 F.3d 468 (8th Cir. 2006) ..................................................... AR-G-0000262

*CompuCredit Corp. v. Greenwood*, 565 U.S. 95 (2012) ............................. AR-G-0000269

*Epic Systems Corp. v. Lewis*, 584 U.S.—, 2018 WL 2292444
(May 21, 2018).............................................................................. AR-G-0000280

*Fabbro v. DRX Urgent Care, LLC*, 616 Fed. Appx. 485
(3rd Cir. 2015) ............................................................................. AR-G-0000305

*FCC v. Fox Television Stations, Inc.*, 556 U.S. 502 (2009)........................ AR-G-0000309

*Gertz v. Robert Welch, Inc.*, 418 U.S. 323 (1974) ...................................... AR-G-0000338

*Goldberg v. Kelley*, 397 U.S. 254 .............................................................. AR-G-0000370

*Harte-Hanks Communications, Inc. v. Connaughton*,
491 U.S. 657 (1989)..................................................................... AR-G-0000380

*Hercules & Co., Ltd. v. Shama Restaurant Corp.*,
613 A.2d 916 (D.C. Cir. 1992) .................................................... AR-G-0000401

*Hiatt v. Indiana State Student Assistance Comm. (In re Hiatt)*,
36 F.3d. 21 (7th Cir. 1994) .......................................................... AR-G-0000419

*In re APA Assessment Fee Litigation*, 766 F.3d 39 (D.C. Cir. 2014).......... AR-G-0000423

*In re McBurney*, 357 B.R. 536 (9th Cir BAP 2006) ................................... AR-G-0000434

*Indy Lube Investments, LLC v. Wal-Mart Stores, Inc.*,
199 F. Supp. 2d 1114 (D.Kan. 2002)........................................... AR-G-0000438

*Massachusetts v. Department of Education*,
17-cv-01331 (Complaint, July 6, 2017)....................................... AR-G-0000448

*Master-Halco, Inc. v. Scillia Dowling & Natarelli, LLC*,
739 F.Supp.2d 109 (D. Conn. 2010)............................................ AR-G-0000485

*Mid Atlantic Framing, LLC. v. Varish Construction, Inc.*,
117 F.Supp.3d 145 (N.D.N.Y. 2015) .......................................... AR-G-0000496

*Newton v. Kenific Group*, 62 F.Supp 3d 439 (D. Md. 2015)....................... AR-G-0000503

*Redmond v. State Farm Ins. Co.*, 728 A.2d 1202 (D.C. 1999) ................... AR-G-0000508

*Sargiss v. Magarelli*, 12 NY3d 527 (2009).................................................. AR-G-0000515

*Stevens v. JPMorgan Chase Bank, N.A.*, 2010 WL 329963
(N.D. Cal. 2010).......................................................................... AR-G-0000519

*Sundberg v. TTR Realty*, 109 A.3d 1123 (D.C. 2015) ................................. AR-G-0000525

**Other Legal Resources**

American Arbitration Association, *Commercial Arbitration Rules and Mediation Procedures: Administrative Fee Schedules*, May 1, 2018, https://www.adr.org/sites/default/files/Commercial_Arbitration_ Fee_Schedule_1.pdf ................................................................... AR-G-0000532

American Arbitration Association, *The Code of Ethics for Arbitrators in Commercial Disputes*, effective March 1, 2004, https://www.adr.org/sites/default/files/document_repository/Commercial_ Code_of_Ethics_for_Arbitrators_2010_10_14.pdf .................................... AR-G-0000535

Federal Rules of Civil Procedure, Rule 23 (Dec. 2018) ........................... AR-G-00000545

National Conference of Commissioners on Uniform State Laws, *Uniform Arbitration Act* (Revised 2000), https://www.uniformlaws.org/viewdocument/final-act-1? CommunityKey=a0ad71d6-085f-4648-857a-e9e893ae2736& tab=librarydocuments ................................................................. AR-G-0000552

Restatement (Third) of Torts: Liab. for Econ. Harm § 9 Fraud, TD No 2 (2014) ................................................. AR-G-0000648

Wash. Rev. Code section 28B.160.020 (2018) .......................................... AR-G-0000656

**Articles**

Carnevale, A., et al., *Learning While Earning: The New Normal*, Center on Education and the Workforce, Georgetown University, 2015 .... AR-G-0000657

Christensen, C. and Horn, M., *Innovation Imperative: Change Everything*, The New York Times, https://www.nytimes.com/2013/11/03/education/edlife/online-education- as-an-agent-oftransformation.html (Nov. 1, 2013) ...................................... AR-G-0000727

Copland, J., *et al.*, *Class Actions and Mass Torts*, Trial Lawyers, Inc. 2016, Manhattan Institute, https://media4.manhattaninstitute.org/sites/default/ files/TLI-0116.pdf (2016) ............................................................. AR-G-0000730

Flaherty, C., *When College Goes Under, Everyone Suffers,*
*but Mount Ida's Faculty Feels a Particular Sense of Betrayal*,
www.insidehighered.com/news/2018/04/23/when-college-goes-under
-everyone-suffers-mountidas-faculty-feels-particular-sense
(April 23, 2018) ................................................................................. AR-G-0000753

Freidman, Z., *Student Loan Debt Statistics In 2019:*
*A $1.5 Trillion Crisis*, Forbes (Feb. 25, 2019) ............................................ AR-G-0000761

Hannaford-Agor, P., *Measuring the Cost of Civil Litigation:*
*Findings from a Survey of Trial Lawyers*, Voir Dire, Spring 2013,
https://org/~www.ncsc./media/Files/PDF/Services%20and%20Experts
/Areas%20of%20expertise/Civil%20Justice/Measuring-cost-civil-
litigation.ashx.Paula Hannaford-Agor (2013) ............................................. AR-G-0000774

Hensler, D., *Court-Ordered Arbitration: An Alternative View*,
University of Chicago Legal Forum, Volume 1990, Issue 1,
Article 12, https://chicagounbound.uchicago.edu/cgi/viewcontent.cgi?
article=1074&context=uclf (1990) ............................................................. AR-G-0000781

Ippolito, F. and Perez, A., *Credit Lines: The Other Side of*
*Corporate Liquidity*, Barcelona Graduate School of Economics,
March 2012, https://www.barcelonagse.eu/sites/default/files/
working_paper_pdfs/618.pdf (March 2012) ................................................. AR-G-0000805

Jaschik, S., *Mount Ida, After Trying for a Merger, Will Shut Down,*
www.insidehighered.com/news/2018/04/09/mount-ida-after-trying
-merger-will-shut-down (April 9, 2018) ...................................................... AR-G-0000855

Light, A. and Strayer, W., *Determinants of College Completion:*
*School Quality or Student Ability?*, 35 J. of Human Res. 299–332
(2000) ................................................................................................. AR-G-0000859

Miller, D., *Predicting Future Recessions*, FEDS Notes,
Washington Board of Governors of the Federal Reserve System,
https://doi.org/10.17016/2380-7172.2338 (May 6, 2019) ......................... AR-G-0000894

Schneider, M., *Are Graduates from Public Universities Gainfully*
*Employed? Analyzing Student Loan Debt and Gainful Employment*,
American Enterprise Institute for Public Policy Research (May 2014) ..... AR-G-0000907

Seltzer, R., *Spate of Recent College Closures Has Some Seeing*
*Long-Predicted Consolidation Taking Off*,
www.insidehighered.com/news/2017/11/13/spate-recent-college
-closures-has-some-seekinglong-predicted-consolidation-taking
(Nov. 13, 2017) .................................................................................... AR-G-0000917

x

Woodhouse, K., *Moody's Predicts College Closures to Triple By 2017*, Inside Higher Ed, https://www.insidehighered.com/ news/2015/09/28/moodys-predicts-college-closures-triple-2017 (Sept. 28, 2015) ...................................................................................... AR-G-0000927

**Financial, Economic and Accounting Resources**

FASB (Financial Accounting Standards Board), Accounting Standards Update (ASU) 2015–01, *Income Statement—Extraordinary and Unusual Items*, https://www.fasb.org/jsp/FASB/Document_ C/Document Page?cid=1176164695031&acceptedDisclaimer=true .......... AR-G-0000931

FASB, ASU 2016–02, *Leases (Topic 842)*, https://www.fasb.org/ jsp/FASB/Document_C/DocumentPage?cid=1176167901010& acceptedDisclaimer=true............................................................................ AR-G-0001010

FASB, ASU 2016–14, Presentation of Financial Statement of Not-for-Profit Entities, at http://fasb.org/jsp/FASB/Document_C/ DocumentPage?cid= 1176168381847&acceptedDisclaimer=true .............. AR-G-0001201

FASB Concepts Statement No. 6, *Elements of Financial Statements* (as amended in 2008), https://www.fasb.org/jsp/FASB/Document_C/DocumentPage?cid= 1218220132831&acceptedDisclaimer=true ................................................ AR-G-0001471

FASB Standards Landing Page www.fasb.org/jsp/FASB/Page/LandingPage&cid=1175805317350........... AR-G-0001529

Mayer, C., Morrison, E., *et al*., *Mortgage Modification and Strategic Behavior: Evidence from A Legal Settlement with Countrywide*, National Bureau of Economic Research, http://nber.org/papers/w17065.pdf (May 2011).......................................... AR-G-0001531

New York Stock Exchange Rule 801.00 nysemanual.nyse.com/lcm/sections/lcmsections/chp_1_9/default.asp........ AR-G-0001589

Securities Exchange Commission Investor Bulletin: Trading Suspensions, www.sec.gov/answers/tradingsuspension.htm ......... AR-G-0001591

**U. S. Department of Education Documents**

U.S. Department of Education, *Beyond the Box: Increasing Access to Education for Justice-Involved Individuals* (May 9, 2016), https://www2.ed.gov/documents/beyond-the-box/guidance.pdf ................ AR-G-0001595

xi

U.S. Department of Education, Dear Colleague Letter
GEN–03–08 (July 2003) ............................................................................ AR-G-0001649

U.S. Department of Education, DPC Letter GEN-11-12,Trial Enrollment
Periods (June 2011), https://ifap.ed.gov/dpcletters/GEN1112.html ............ AR-G-0001653

U.S. Department of Education, *Fact Sheet:  Protecting Students
from Abusive Career Colleges* (June 8, 2015),www.ed.gov/news/
press-releases/factsheet-protecting-students-abusive-career-colleges ......... AR-G-0001656

U.S. Department of Education, Master Promissory Note,
Direct PLUS Loans (expires April 30, 2019) ............................................... AR-G-0001665

U.S. Department of Education, Master Promissory Note,
Direct Sub & Unsub Loans (expires April 30, 2019) ................................... AR-G-0001679

U.S. Department of Education, Office of Federal Student Aid,
*Fiscal Year 2018 Annual Report* (Nov. 15, 2018),
https://www2.ed.gov/about/reports/annual/2018report/fsareport.pdf .......... AR-G-0001693

U.S. Department of Education, Office of Federal Student Aid,
*Federal Student Aid Handbook*, 2017-2018, High School Completion
Verification[1], https://ifap.ed.gov/sites/default/files/attachments/
fsahandbook/1718AVG.pdf ........................................................................ AR-G-0001891

U.S. Department of Education, Office of Federal Student Aid,
*Federal Student Aid Handbook*, "School-Determined Requirements,"
Pg. 1–10 (May 2018),
https://ifap.ed.gov/fsahandbook/attachments/1819FSAHbk
Vol1Ch1.pdf............................................................................................... AR-G-0001893

U.S. Department of Education, Office of Federal Student Aid,
*Principal Office Functional Statements*,
https://www2.ed.gov/about/offices/list/om/fs_po/fsa/program.html ........... AR-G-0001895

U.S. Department of Education, Office of Postsecondary Education,
*Borrower Defense Claims:  Data Analysis*, Nov. 1, 2017 ........................... AR-G-0001901

---

[1]   84 Fed. Reg. at 49858 erroneously cited to page AVG-90 of the 2017-2018 FSA Handbook.  The citation should have been to page AVG-87.  Page AVG-87, not AVG-90, is included in the Administrative Record.

U.S. Department of Education, Office of Inspector General, *Federal Student Aid's Borrower Defense to Repayment Loan Discharge Process*, (Dec. 8, 2017), www2.ed.gov/about/offices/list/oig/ auditreports/fy2018/i04r0003.pdf. ............................................................... AR-G-0001907

U.S. Department of Education, Office of Inspector General, *Federal Student Aid's Processes for Identifying At-Risk Title IV Schools and Mitigating Potential Harm to Students and Taxpayers*, (Feb. 24, 2017), www2.ed.gov/about/offices/list/oig/auditreports/ fy2017/a09q0001.pdf) ................................................................................. AR-G-0001949

U.S. Department of Education, *The Negotiated Rulemaking Process for Title IV Regulations, Frequently Asked Questions* (Aug. 25, 2008), www2.ed.gov/policy/highered/reg/hearulemaking/hea08/ negreg-faq.html ......................................................................................... AR-G-0001974

## Other United States Government Documents

Executive Office of the President, Using Federal Data To Measure and Improve Performance (Jan. 2017) .......................................... AR-G-0001978

U. S. Bureau of Labor Statistics, Students' hourly rate estimated using BLS for Sales and Related Workers, All Other (2017), www.bls.gov/oes/2017/may/oes_nat.htm#41-9099 ..................................... AR-G-0002061

U. S. Congress, Joint Resolution Disapproving CFPB's Rule on Arbitration Agreements, Pub. L. 115-74 (Nov. 1, 2017) ............... AR-G-0002062

U. S. Consumer Financial Protection Bureau, *Arbitration Study* (March 2015) .................................................................. AR-G-0002063

U. S. Department of Defense, *Report on Predatory Lending Practices Directed at Members of the Armed Forces and Their Dependents* (Aug. 9, 2006) ......................................................... AR-G-0002790

U. S. Government Accountability Office, *Education Should Address Oversight and Communication Gaps in Its Monitoring of the Financial Condition of Schools*, GAO–17–555 (Aug. 2017), www.gao.gov/products/GAO-17-555 .......................................................... AR-G-0002880

U. S. Small Business Administration, Office of Advocacy, *A Guide for Government Agencies: How to Comply with the Regulatory Flexibility Act* (August 2017), www.sba.gov/sites/default/files/advocacy/How-to-Comply -with-the-RFA-WEB.pdf ............................................................................ AR-G-0002921

**Other Documents**

Accrediting Commission of Career Schools and Colleges,
*Standards of Accreditation* (July 1, 2018),
http://www.accsc.org/UploadedDocuments/1967/ACCSC-Standards
-of-Accreditation-and-Bylaws-07118.pdf.................................................... AR-G-0003137

Predatory Student Lending Organization, *Department of Education's
Borrower Defense Includes Fundamental Lie, Documents Show*
(Aug. 3, 2018), https://predatorystudentlending.org/news/press-releases/
department-educations-borrower-defense-includes-fundamental-
lie-documents-show-press-release/ ............................................................. AR-G-0003291

RTI International, *Technical Review Panel No. 34 Calculating
Job Placement Rates, Final Actions,* https://edsurveys.rti.org/IPEDS_
TRP_DOCS/ prod/documents/TRP34_Final_Action.pdf........................... AR-G-0003296

SAS Communities Library, *Tip:  K-means clustering in SAS—
comparing PROC FASTCLUS and PROC HPCLUS* (Aug. 4, 2014),
https://communities.sas.com/t5/SASCommunities-Library/Tip-K-
meansclustering-in-SAS-comparing-PROC–FASTCLUS-
and-PROC/ta-p/221369.............................................................................. AR-G-0003297

SAS Institute Inc., *SAS/STAT® 9.2 User's Guide, Introduction
to Clustering Procedures* (2008), support.sas.com/documentation/
cdl/en/statugclustering /61759/PDF/default/statugclustering.pdf) .............. AR-G-0003310

SAS Support, *Usage Note 22540:  How Can I Tell How Many Clusters
Are in My Data Set?* (Aug. 5, 2009), support.sas.com/kb/22/540.html....... AR-G-0003356

## SECTION H - BORROWER DEFENSE:  OTHER MATERIALS

Annualized and Present Value as of 2016 with Perpetual
Time Horizon ................................................................................................. AR-H-0000001

Closed School Search ...................................................................................... AR-H-0000004

Direct Loan Dashboard AY 2015-2016 – Quarter 4......................................... AR-H-0000075

Direct Loan Dashboard AY 2017-2018 – Quarter 4......................................... AR-H-0000219

GE_SBA_v1 Code........................................................................................... AR-H-0000295

Hales, A. and Hay, S. *Stratifying Postsecondary, Private, for-Profit Schools*, Policy, Analysis, and Forecasting Group, Office of Postsecondary Education, Department of Education (Aug. 2017) ...................................................................... AR-H-0000306

Loan Model Assumptions-Major Assumptions - PB2020-Code files ............... AR-H-0000314

Loan Model Assumptions-Major Assumptions - PB2020-Excel files .............. AR-H-0000833

Loan Model Assumptions-Major Assumptions - PB2020-Output files ............ AR-H-0000916

     PB2020 Direct Loan File 2019-2029 ........................................... AR-H-0001204

Regulatory Flexibility File ................................................................ AR-H-0001209

**SECTION I - BORROWER DEFENSE:  PUBLIC COMMENTS RECEIVED REGARDING NOTICE OF INTENT TO HOLD NEGOTIATED RULEMAKING**

Public Comments Regarding June 16, 2017 Notice of Intent to Hold Negotiated Rulemaking – *Comments are publicly available at https://www.regulations.gov/docket?D=ED-2017-OPE-0076*

**SECTION J - BORROWER DEFENSE:  PUBLIC COMMENTS RECEIVED ON NPRM**

Public Comments on July 31, 2018 NPRM – *Comments are publicly available at https://www.regulations.gov/docket?D=ED-2018-OPE-0027*

**SECTION K - BORROWER DEFENSE:  2016 FINAL RULE AND DELAYS**

2016 Final Borrower Defense Rule (Nov. 1, 2016)........................................... AR-K-0000001

Delay of Effective Date Final Rule (June 16, 2017)......................................... AR-K-0000165

Interim Delay Rule (Oct. 24, 2017) .................................................................. AR-K-0000167

Final Delay Rule (Feb. 14, 2018)...................................................................... AR-K-0000175

Announcement that 2016 Rule Effective (March 19, 2019).............................. AR-K-0000188

FSA Guidance Regarding the Effective Provisions of the 2016 Final Rule (March 15, 2019).................................................................... AR-K-0000191

Exhibit B

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP,   )<br>    **Plaintiff,**         )<br>                               )<br>      **-v-**                 )<br>                               )<br>**ELISABETH DeVOS, in her official capacity** )<br>**as Secretary of Education,**      )<br>                               )<br>      **and**                )<br>                               )<br>**UNITED STATES DEPARTMENT OF**  )<br>  **EDUCATION,**         )<br>                               )<br>      **Defendants.**       )<br>_____) | **Case No. 20 Civ. 1414**<br><br>**ADMINISTRATIVE**<br>**RECORD**<br>**CERTIFICATION** |

## DEFENDANTS' CERTIFICATION OF ADMINISTRATIVE RECORD

I, Brian Siegel, pursuant to the provisions of 20 U.S.C. § 3472 and the authority

delegated to me from the Secretary and the General Counsel of the U.S. Department of

Education, hereby certify that the attached pages AR-A-000001 through AR-A-0000207,

AR-B-0000001 through AR-B-0000107, AR-C-0000001 through AR-C-0000405, AR-D-

0000001 through AR-D-0000792, AR-E-0000001 through AR-E-0000995, AR-F-

0000001 through AR-F-0001237, AR-G-0000001 through AR-G-0003357, AR-H-

0000001 through AR-H-0001210, AR-I-0000001 (incorporating by reference public

comments for Docket ED-2017-OPE-0076), AR-J-0000001 (incorporating by reference

public comments for Docket  ED-2018-OPE-0027 ), and AR-K-0000001 through AR-K-

0000203 as identified on the Administrative Record Index filed with this Certification,

constitute true copies of the administrative record underlying the Department of

Education's decision concerning its final rule issued on September 23, 2019, at 84 Fed.

Reg. 49,788.

Made on this 9th day of June, 2020.


Brian Siegel
Deputy Assistant General Counsel
Division of Postsecondary Education
Office of the General Counsel
U.S. Department of Education