UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP,<br><br>                        Plaintiff,<br><br>                      v.<br><br>ELISABETH DeVOS, in her official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                      Defendants. | No. 20 Civ. 1414 (LGS) |

**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying: (1) Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment; (2) Declaration of Adam R. Pulver, dated June 29, 2020, and the exhibits attached thereto; (3) Declaration of Eileen Connor, dated June 29, 2020, and the exhibits attached thereto; (4) Declaration of Jane Greengold Stevens, dated June 23, 2020; (5) Preliminary Joint Statement of Facts; and upon all prior proceedings, pleadings, and filings in this Action, Plaintiff New York Legal Assistance Group will move this court at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on such date and at such time as the Court may direct, for an Order granting Plaintiff summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and, pursuant to 5 U.S.C. § 706(2), holding unlawful and setting aside the Rule issued by Defendants on September 23, 2019, titled "Student Assistance General Provisions, Federal Family Education Loan Program, and William D. Ford Federal Direct Loan Program," and for such other relief that the Court may deem just and proper.

In accordance with the schedule contained in the Court's June 17, 2020 Order, Defendants shall file their opposition and cross-motion for summary judgment by July 29, 2020; Plaintiff shall file its reply in support of its motion and opposition to Defendants' cross-motion by August 21, 2020; and Defendants shall file their reply and the administrative record by September 4, 2020.

Dated: June 29, 2020                               Respectfully submitted,

                                                   /s/ Adam R. Pulver
                                                   Adam R. Pulver
Eileen M. Connor                                   Adina H. Rosenbaum (*pro hac vice*)
Toby R. Merrill                                    PUBLIC CITIZEN LITIGATION GROUP
Michael N. Turi                                    1600 20th Street NW
PROJECT ON PREDATORY STUDENT LENDING,              Washington, DC 20009
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL        (202) 588-7790
122 Boylston Street                                apulver@citizen.org
Jamaica Plain, MA 02130
(617) 522-3003
tomerrill@law.harvard.edu

*Counsel for Plaintiff*