UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP,<br><br>       Plaintiff,<br><br>    v.<br><br>ELISABETH DeVOS, in her official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>       Defendants. | No. 20 Civ. 1414 (LGS) |

**DECLARATION OF ADAM R. PULVER IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Adam R. Pulver, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am counsel for Plaintiff New York Legal Assistance Group in this matter.

2. Attached as Exhibit 1 is a true and correct copy of a November 14, 2019 Declaration of Ian Foss, filed by Defendants Elisabeth DeVos and the United States Department of Education (ED) in the matter of *Sweet v. DeVos*, No. 19-cv-03674 (N.D. Cal.), with exhibits, as retrieved from that court's electronic docket.

3. Attached as Exhibit 2 is a true and correct copy of the March 15, 2019 "Guidance Concerning Some Provisions of the 2016 Borrower Defense to Repayment Regulations," as retrieved from ED's website.

Dated: Washington, DC      /s/ Adam R. Pulver
   June 29, 2020        Adam R. Pulver