

**LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL**
**CENTRO DE SERVICIOS LEGALES**
122 Boylston Street
Jamaica Plain, Massachusetts 02130-2246
TEL: (617) 522-3003 • FAX: (617) 522-0715

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *New York Legal Assistance Group v. DeVos, et al.*, No. 20 Civ. 1414 (LGS)

Dear Judge Schofield:

    I am an attorney for Plaintiff in the above-referenced matter. I write to request leave from the Court to submit an audio file referenced as Exhibit A to my declaration, ECF No. 41, in support of Plaintiff's Motion for Summary Judgment, filed on June 29, 2020, ECF No. 38, via CD-ROM to be delivered to the Court. Defendants do not oppose this request.

    The audio file, titled "BD NR session 1 Monday afternoon.mp3," is a recording made of the Department of Education's negotiated rulemaking session that took place on November 13, 2017. The facts for authenticating the recording are set forth in my declaration, and a transcript of the recording was electronically filed as Exhibit B to my declaration.

    The .mp3 audio file is approximately 94MB in size, and thus cannot be filed via ECF or emailed to the court. Defendants' counsel has been provided the file via a secure file transfer system. Counsel can provide the Court access via this or any other method other than via mail on a CD-ROM, should the Court prefer.

Respectfully submitted,

*/s/ Eileen Connor*

Eileen Connor
Project on Predatory Student Lending,
Legal Services Center of Harvard Law School
*Counsel for Plaintiff*

cc: All counsel of record

Application GRANTED.  Plaintiff shall mail the CD-ROM to Chambers.

Dated: June 30, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**