**PUBLIC CITIZEN LITIGATION GROUP**
1600 20th Street NW • Washington DC 20009
202/588-1000 • www.citizen.org

September 11, 2020

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *New York Legal Assistance Group v. DeVos, et al.*, No. 20 Civ. 1414 (LGS)

Dear Judge Schofield:

      In accordance with the Court's June 23, 2020 Order (ECF 33), the parties have prepared a Joint Appendix of all comments cited in the parties' summary-judgment memoranda. The Joint Appendix, bookmarked per the Court's request, exceeds 22 MB, and is thus far too large to be filed as a single file via ECF. Accordingly, the parties <u>respectfully request leave to file the Joint Appendix solely via CD-ROM to be delivered to the Court</u>.

      We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver
Public Citizen Litigation Group

*Counsel for Plaintiff*

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

/s/ Jennifer C. Simon
Jennifer C. Simon
Assistant United States Attorney

*Counsel for Defendants*

---

Application DENIED.

By **September 18, 2020**, the parties shall (1) file the CD-ROM with the Office of the Clerk of Court, and (2) deliver a courtesy copy of the CD-ROM to the Court, pursuant to this Court's Individual Rules.

Dated: September 14, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**