# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NEW YORK LEGAL ASSISTANCE GROUP,

                Plaintiff,                20 **CIVIL** 1414 (LGS)

        -against-                        **JUDGMENT**

ELISABETH DeVOS, in her official capacity as
Secretary of Education, and UNITED STATES
DEPARTMENT OF EDUCATION,

                Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 17, 2021, Plaintiff's motion for summary judgment on its claim that the 2019 Rule's statute of limitations on defensive claims is not a logical outgrowth of the rulemaking process is GRANTED. ED's motion for summary judgment on the remaining claims is GRANTED. This matter is remanded to ED for further proceedings consistent with this Court's Opinion and Order; accordingly, this case is closed.

**Dated:**  New York, New York
            March 19, 2021

                                                        **RUBY J. KRAJICK**

                                                            Clerk of Court
                                      **BY:**
                                                              Deputy Clerk