UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP,<br><br>     Plaintiff,<br><br>    v.<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary of Education,[1] and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>     Defendants. | No. 20 Civ. 1414 (LGS) |

## NOTICE OF APPEAL

Notice is hereby given that New York Legal Assistance Group, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on March 19, 2021.

Dated: April 7, 2021

                Respectfully submitted,

                /s/ *Adam R. Pulver*
                Adam R. Pulver
                PUBLIC CITIZEN LITIGATION GROUP
                1600 20th Street NW
                Washington, DC 20009
                (202) 588-1000
                apulver@citizen.org

                *Counsel for Plaintiff*

---

[1] Substituted for former Secretary, Elisabeth DeVos, pursuant to Federal Rule of Civil Procedure 25(d).