Case 1:20-cv-01414-LGS Document 185 Filed 08/15/22 Page 1 of 1
Case 21-888, Document 79, 08/15/2022, 3367542, Page1 of 1

1:20-cv-01414-LGS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 15 2022

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand twenty-two.

Before:      Eunice C. Lee,
                 *Circuit Judge.*

_____

New York Legal Assistance Group,

        Plaintiff-Appellant,

v.

Miguel A. Cardona, in his official capacity as Secretary of Education, and United States Department of Education,

        Defendants-Appellees.

_____

**ORDER**

Docket No. 21-888

The parties jointly move to hold this appeal in abeyance until December 9, 2022 with a joint status report due on or before November 14, 2022.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/15/2022