Case 21-888, Document 83, 11/17/2022, 3421577, Page1 of 1

1:20-cv-01414-LGS

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of November, two thousand twenty-two.

Before:        Joseph F. Bianco,
                    *Circuit Judge,*

_____

New York Legal Assistance Group,

        Plaintiff-Appellant,

v.

Miguel A. Cardona, in his official capacity as Secretary of Education, and United States Department of Education,

        Defendants-Appellees.

_____

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/17/2022

**ORDER**

Docket No. 21-888

The parties jointly move to hold this appeal in abeyance until July 14, 2023.

IT IS HEREBY ORDERED that the motion is GRANTED. The next status report is due July 7, 2023.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/17/2022