Case 1:20-cv-01414-LGS   Document 86   Filed 02/28/24   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York Legal Assistance Group,<br><br>   *Plaintiff*,<br><br>  v.<br><br>Miguel A. Cardona, in his official capacity as Secretary of Education, and the United States Department of Education,<br><br>   *Defendants*. | No. 1:20-cv-01414 (LGS) |

**NOTICE OF WITHDRAWAL OF RICHARD L. REVESZ'S APPEARANCE**

  I, Max Sarinsky, respectfully request leave to withdraw Richard L. Revesz as co-counsel for amicus curiae Institute for Policy Integrity at New York University School of Law (Policy Integrity) pursuant to Local Civil Rule 1.4. In December 2022, the United States Senate confirmed Mr. Revesz to serve as Administrator of the Office of Information and Regulatory Affairs, U.S. Office of Management and Budget. Mr. Revesz has been on leave from Policy Integrity since his nomination to that position in September 2022.

  As I continue to represent amicus curiae Policy Integrity in the above-captioned matter, Ms. Revesz's withdrawal will neither cause disruption to the proceeding nor involve assertion of a charging or retaining lien.

DATED:  February 27, 2024   Respectfully submitted,

                /s/ Max Sarinsky____
                Max Sarinsky
                INSTITUTE FOR POLICY INTEGRITY
                139 MacDougal Street, Third Floor
                New York, NY 10012
                (212) 992-8932
                max.sarinsky@nyu.edu
                *Counsel for Amicus Curiae*
                *Institute for Policy Integrity*