UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP, Plaintiffs, | : | 20 Civ. 1414 (LGS) |
| -against- | : | **ORDER** |
| LINDA E. MCMAHON, in her official capacity as Secretary of Education, et al., Defendants. | : | |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the Mandate issued by the Second Circuit on July 15, 2026, vacated the judgment entered in this case and remanded the case with instructions to dismiss as moot. It is hereby

**ORDERED** that the above-captioned case is **DISMISSED** as moot.

Dated: July 17, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE